**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Kenneth S. BARISH, Jr., Respondent.**

**No. 221, Disciplinary Docket No. 3—Supreme Court.**

**Disciplinary Board No. 50 DB 96.**

Supreme Court of Pennsylvania.

May 30, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of May, 1996, there having been filed with this Court by Kenneth S. Barish, Jr., his verified Statement of Resignation dated April 10, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Kenneth S. Barish, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph M. GRINES, Respondent.**

**No. 211, Disciplinary Docket No. 3—Supreme Court.**

**Nos. 135 DB 94 and 38 DB 95, Disciplinary Board.**

Supreme Court of Pennsylvania.

May 30, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of May, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 12, 1996, it is hereby

ORDERED that JOSEPH M. GRINES be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Jonathan B. KOHAN.**

**No. 521, Disciplinary Docket No. 2—Supreme Court.**

**No. 17 DB 86, Disciplinary Board.**

Supreme Court of Pennsylvania.

May 30, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of May, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 23, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.